# EXHIBIT 2

## *MoonShadow v. Raemisch, et al.*

# 16-cv-01717-MSK-STV

Date: 12/12/17

RE: Jayde MoonShadow (aka Billy Radan)
Pronouns: she/her/hers
DOB: August 9, 1982

I have been asked to provide an expert evaluation and report of Ms. Jayde MoonShadow by the University of Denver Sturm College of Law Civil Rights Clinic. I am a Licensed Clinical Social Worker, licensed by the Colorado Department of Regulatory Agencies and am practicing within my scope of practice. I am knowledgeable about transgender and gender nonconforming identities and expressions, and the mental health assessment and treatment of Gender Dysphoria through ongoing trainings on the topic and membership with the World Professional Association for Transgender Health. I have worked with over 100 clients who identify as transgender or gender nonconforming since opening my practice in 2012. As part of my current social work practice, approximately 60% of my caseload consists of people with a transgender or gender nonconforming identity, and I have conducted at least 50 Gender Dysphoria assessments. In addition, I have served as a transgender consultant and trainer for multiple organizations to assist in developing inclusive policy and practices for transgender people including at the Blue Cross Blue Shield Employee Assistance Program, Colorado Mental Health Professionals Conference, Mental Health Partners, TRANSforming Gender Conference, Boulder Valley Women's Health, Eagle Rock School, and Welby Montessori among others. At Out Boulder County I have facilitated a transgender support group and now the transgender peer facilitator group since 2011. I stay current with best practice recommendations from both the National Association of Social Workers and the World Professional Association of Transgender Health's (WPATH) Standards of Care, and these guide my assessment. My opinions follow evidence-based, medically necessary recommendations from the Standards of Care and are based on my clinical experience, trainings, and peer reviewed literature. For a full list of my qualifications, publication, and work history see my Curriculum Vitae (Appendix A). I have been asked to evaluate Ms. MoonShadow regarding Gender Dysphoria and to report my findings in relation to medical necessity for Gender-Affirming Clothing, Hair Removal, Sex Reassignment Surgery, and Facial Feminization Surgery. I am being compensated at the rate of $175 per hour for my time in evaluation and testimony. I met with Ms. MoonShadow on November 17, 2017, for the duration of four hours for the purpose of psychosocial evaluation and Gender Dysphoria assessment. I have not been retained to give a written expert statement prior to this case.

**Psychosocial Evaluation:**
*Presenting Issue*
Ms. MoonShadow is 35 years old, was assigned male at birth, identifies as female using she/her/hers pronouns, and is housed at the Sterling Correctional Facility with male inmates. Ms. MoonShadow identifies her ethnicity as "half Native, half Spaniard," and her skin complexion is ruddy/brown with long dark hair. Ms. MoonShadow's chief complaint is her Gender Dysphoria, and she is seeking access to transgender-affirming clinical and medical care including: access to Sex Reassignment Surgery, Facial

Feminization Surgery, Hair Removal, and Gender-Affirming Clothing. Ms. MoonShadow reports self-advocating for transgender-affirming care in the prison since at least 2012, and she has retained the University of Denver Sturm College of Law Civil Rights Clinic to represent her in her litigation. This report will review relevant psychosocial history, accounts of Gender Dysphoria and any diagnosis, and conclude with case findings and Standards of Care criteria met for medically necessary treatment.

*Mental Status*
At the time of evaluation, Ms. MoonShadow was oriented to person, place, time and situation. In appearance, she was well groomed and meticulous in her presentation. She presented as feminine, with tattoos outlining her eyebrows and eyelids with tattooed eyeliner in feminine fashion, on her left forearm was a tattoo "pure dyke" as well as a transgender symbol tattooed on her left wrist. Additionally, Ms. MoonShadow was wearing a pink knitted bow in her hair that she reports making herself and a friendship bracelet on her right wrist, reportedly received from her fiancée. Ms. MoonShadow wore her long hair pulled back in a ponytail. Ms. MoonShadow held good eye contact throughout the interview and was attentive, alert, with normal motor coordination and speech. Ms. MoonShadow's affect appeared stable and appropriate. Ms. MoonShadow's thought process was linear and tracked content and questioning well. Her thought content was sometimes tangential but able to be redirected. Ms. MoonShadow reported ongoing auditory and visual hallucinations, however I did not observe her attending to them. She states she is able to consistently decipher hallucination from reality, which was confirmed with the medical record. Ms. MoonShadow demonstrated average intelligence, good insight, and good memory. Ms. MoonShadow's judgment presented as fair during the interview.

*Family History*
According to Ms. MoonShadow and her medical record, she was raised in a family of low socioeconomic status. She has a longstanding history of physical, emotional, and sexual abuse inflicted on her by her father. In addition, Ms. MoonShadow reported a history of juvenile offenses. She has also served time in juvenile detention for these offenses and has participated in "Offense Specific Treatment that was helpful" (MoonShadow 000142).

*Current Family Relationship Status*
Ms. MoonShadow described current family relationships in the clinical interview. She states she has a "very firm bond" with her mom although she experienced some rejection when coming out to her mom as transgender at 29 or 30 years old; "she basically cut me off for a year." Ms. MoonShadow went on to recall the process of mending their relationship after not speaking, "I wrote a letter…I am a woman, if you can accept that, you don't have to like it or understand it but simply accept that it's my choice." Ms. MoonShadow states her mom responded to her letter approximately two months later, "'You're right, you're not hurting anybody, I don't understand or see why you're doing this. I'm not going to agree with it' [related to religious views]." Ms. MoonShadow states her mother mentioned that at a young age, Ms. MoonShadow had "tried to be a girl, but it

2

was not something that she [her mother] was going to accept." Ms. MoonShadow reports she speaks with her mother on a regular, ongoing basis.

Regarding Ms. MoonShadow's relationship with her father, she is working to overcome hatred toward him related to past abuse from her father inflicted upon her, her mother, and sister. She states she currently has a phone relationship with him beginning several months ago and states that her father has since apologized for inflicting abuse on Ms. MoonShadow. This admission has led to further calls and they have spoken "5 or 6 times now." Ms. MoonShadow reflected on her transgender identity and experienced trauma inflicted by her father:

> I think he knew I was a girl as well because anytime he would assault me he would always refer to me as, "you're my little girl," or "be a good girl." I don't know if that was the sexual deviance part of that [from father toward child] or if he was acknowledging, you know I see this, I'm doing some fucked up shit to you but I see what you are.

It is unclear what her father's motivation was for using feminine nomenclatures. It is possible that he was exerting power over her by emasculating Ms. MoonShadow. At the same time, Ms. MoonShadow felt her gender was being affirmed through these interactions. For Ms. MoonShadow, it is relevant to note that through this abuse there was affirmation of her gender identity. Ms. MoonShadow expressed in the interview that she has reconciled any conflation of her abuse with her gender identity and understands her gender identity and developments to be separate from any past abuses.

*Education and Work History*
Medical records indicate Ms. MoonShadow completed an 8th grade education and has an inconsistent work history. In addition, Ms. MoonShadow reports she has a history of being involved in gang activity for income as well as the escorting business around age 19 until she was incarcerated this most recent time at age 21.

*Substance Use and Abuse*
Prior to her most recent prison sentence, Ms. MoonShadow reports a long history of substance use and abuse. Beginning at age five, Ms. MoonShadow used alcohol for the first time. Beginning at eight years old, she experienced her first uses of marijuana, methamphetamine, and opium.

*Psychiatric History*
In the interview and per Ms. MoonShadow's Medical Record, she demonstrates a long history of psychiatric diagnoses and symptomatology. Symptoms have included: suicidal ideation and suicide attempts, homicidal ideation and physical assaults, self-harm and self-harm urges, delusional thinking, and auditory and visual hallucinations. Overall, there has been a trend in the Medical Record toward a decrease in psychiatric symptoms, diagnoses, and psychiatric medication since Ms. MoonShadow has been able to articulate her transgender identity in 2012. Gender Dysphoria and secondary symptomatology persists and will be discussed in a separate section below.

In reviewing her mental health history, Ms. MoonShadow reports two past mental health hospitalizations that is confirmed with the Medical Record. The first time occurred when Ms. MoonShadow was 12 years old and was hospitalized for a suicide attempt. Following, Ms. MoonShadow was hospitalized a second time at age seventeen for homicidal thinking and an attempt to kill her father. Upon admission to the State of Colorado Department of Corrections in 2004, formal diagnoses were assigned to Ms. MoonShadow based on the Diagnostic and Statistical Manual of Mental Disorders fourth edition (DSM IV). The diagnoses included: 297.10 Delusional (Paranoid) Disorder, 300.02 Generalized Anxiety Disorder, 309.81 Posttraumatic Stress Disorder, 301.90 Depressive Personality Disorder, 301.90 Self-Defeating Personality Disorder, 301.22 Schizotypal Personality Disorder with Borderline Personality Features, and "possibility of troublesome alcohol and/or substance-abuse disorder (MOONSHADOW 000450-000451). Throughout Ms. MoonShadow's prison sentence, various DOC providers have utilized many psychiatric diagnoses as well as psychiatric medications to treat her psychiatric conditions. The most recent diagnoses noted in the Medical Record on 3/24/17 include:  DSM IV 302.85 Gender Identity Disorder, 303.90 Alcohol Dependence, 304.00 Opioid Dependence, 304.20 Cannabis Dependence, 304.40 Amphetamine Dependence, and 309.81 Post Traumatic Stress Disorder. In the Medical Record, Ms. MoonShadow has a history of refusing psychiatric medications and providers questioning whether she is exhibiting drug-seeking behaviors. Most recently, Ms. MoonShadow's record reflects an "aborted suicide attempt" related to the combination of Ms. MoonShadow's new transfer to Sterling Correctional Facility, her sister passing away from a car accident, and her most recent sex assault suffered 3/12/17 (CDOC/RADAN-01682, 01683). In my interview with Ms. MoonShadow, it is important to note that she reports a correlation of decreasing psychiatric medications and symptoms the longer she has been on feminizing hormone therapy (since May 2015). I have verified this with the Medical Record and confirm that in particular the DSM IV Axis II various Personality Disorders have been removed as of 8/27/15.

**Gender Dysphoria Evaluation:**
According to the Standards of Care, best practice for Gender Dysphoria evaluation includes the following: 1) a comprehensive psychosocial examination, 2) an evaluation of gender identity, 3) a history of Gender Dysphoria, and 4) an assessment of any Gender Dysphoria diagnosis. Not all transgender people experience Gender Dysphoria, meet the clinical definition of Gender Dysphoria in the Diagnostic and Statistical Manual of Mental Disorders fifth edition (DSM V), nor fulfill medical necessity definitions often required to access gender-affirming treatments (WPATH, 2012 & 2016). In the preceding pages, a comprehensive psychosocial examination was conducted, and I will use that information in the following Gender Dysphoria Evaluation as well as for case findings and Standards of Care criteria met for medically necessary treatment.

*Evaluation of Gender Identity:*
A person's self-report evaluates gender identity. Ms. MoonShadow identifies as a "woman" and sees herself as, "butch but at the end of the day I'm a girl. I'm an uber femme, mild butch." Ms. MoonShadow also discussed her long hair as essential to her

4

gender identity, "it's one of my proudest features, my sanctuary, this is a way I am channeling my girl." Ms. MoonShadow asks that people use she/her/hers pronouns with her as a way to be respectful of her gender identity.

*History of Gender Dysphoria:*

Ms. MoonShadow reports a consistent, longstanding history of Gender Dysphoria related to body incongruence with identity and societal expectations within her family of origin, the foster care system, in community, and in prison. As a result, she developed coping mechanisms that aided in mostly concealing her identity as a girl and subsequent woman for almost three decades. Ms. MoonShadow's choice to conceal her female identity relates to the real threat of physical abuse and potential death that she feared growing up and currently. This report is consistent with research documenting that for some transgender individuals, their environment constitutes a need for the person to restrict, conceal or even unconsciously repress their gender identity resulting in a delayed experience of Gender Dysphoria sometimes well into adult life (WPATH, 2016; Osborne & Lawrence, 2016).

Ms. MoonShadow reports she first knew herself to be a girl between the ages of four and six. Ms. MoonShadow recalls identifying as a girl, attempting to express that identity as a child, yet was confined by familial expectations. She was unable to safely express her gender identity because "the family I was in reinforced 'you're a dude so be a dude'…[that] was reinforced with physical violence and emotional and verbal abuse." Ms. MoonShadow added, "The one time I tried on one of my sister's Sunday school dresses, my mom spanked me and my dad beat the hell out of me." Despite the abuse Ms. MoonShadow's concept of herself as a girl persisted, "Pretty much all my life I've always known that I am a girl…I thought that all girls have this thing [penis] that sticks up outside of them then it grows up inside of them." Ms. MoonShadow's childhood fantasy about her penis "growing up inside" her is typical of some young children's transgender identity development. Some may have beliefs about their bodies growing to become congruent with their gender identity or other creative fantastical thinking related to the incongruence between the child's gender identity and body (Saketopoulou, 2014).

In foster care, Ms. MoonShadow reports her host family also demanded that she conform to the masculine gender role. When away from the home, she would "shift her persona" and find ways to subtly embrace her feminine gender identity. She states, if I were to see her at that time I would have seen a "girly boy," wearing brightly colored shirts. At 14 years old she notes her first interaction and subsequent romantic relationship with another transgender girl at a comic book store. She states that she didn't understand what "transgender" was in its entirety, but what she did understand was that "this girl was basically me, but looks like a girl!" Within two years of this initial encounter, Ms. MoonShadow states she was required to move away for a residential program within the Department of Health Services called "Youth Track."

As an adult in the community, Ms. MoonShadow navigated carefully between concealing and exploring her gender more explicitly. While working within a gang, Ms. MoonShadow acknowledged that she needed to conceal her transgender identity in order

to survive. Therefore, Ms. MoonShadow consciously chose to "hyper masculinize" herself regarding gang business. She grew out a mustache in order to fulfill a more masculine gender role. In contrast, through escorting, Ms. MoonShadow states she found affirmation in her transgender feminine identity when relating with particular clients who sought out a more feminine persona in her. One of her escort clients introduced Ms. MoonShadow to a gaff, or a specific type of underwear that transgender women often use to tuck their penis and scrotum back for a more flat appearance of the genitals. Ms. MoonShadow states in relation to this escort client, "I was so happy that I found this, she tried to give me a tip that night and I was like, 'you're insulting me, I should tip you!'"

Upon admission into prison in 2004, Ms. MoonShadow understood that she would have to be housed with male inmates and she felt no choice but to continue concealing her gender identity. As a way of survival, Ms. MoonShadow states she again chose to hyper-masculinize her gender expression. She was afraid of being a target for harassment and discrimination based on her feminine gender expression and bisexuality. To do this Ms. MoonShadow reports powerlifting "to destroy my body," yet found that she was more gender dysphoric as a result.

In 2012, Ms. MoonShadow made the difficult decision to **acknowledge her transgender identity and discuss this with her clinicians**. This corresponds with the Medical Record. The first report of Ms. MoonShadow having "transgender issues," being "more comfortable in a female body" occurred on January 24th, 2012 (MOONSHADOW 000173). Subsequent to coming out as transgender, Ms. MoonShadow reports requesting transgender healthcare services multiple times over the course of three years to access hormones (MOONSHADOW-000459, & 000461-000462; CDOC/RADAN-00250, 00254, 00263, 00271, 00342-00341, 00345, 00348, 00352, 00355-00356, & 00364). The first noted diagnosis of Gender Dysphoria in the Medical Record occurred on October 6, 2014 (MOONSHADOW 001099). Ms. MoonShadow began feminizing hormone therapy on 5/6/15. Ms. MoonShadow reports continuous compliance with feminizing hormone treatment with the exception of last spring when her sister suddenly passed away and she reported struggling with depressive symptoms. She states that feminizing hormones are "essential to my psychological welfare, my emotional stability and all that."

*Assessment of Gender Dysphoria Diagnosis:*
Ms. MoonShadow meets criteria for the DSM V F64.1 Gender Dysphoria diagnosis and her condition is severe. Criterion A: Ms. MoonShadow has a marked incongruence of her experienced/expressed gender and assigned gender for at least six months. Ms. MoonShadow reports this incongruence since at least six years old and the Medical Record documents gender incongruence since 1/24/12, "Offender also discussed his transgender issues and how he would be more comfortable in a female body" (MOONSHADOW 000173).

Criterion A1, A2: Ms. MoonShadow reports severe levels of anatomic dysphoria related to her Gender Dysphoria. She is most uncomfortable with her primary and secondary sex characteristics, which may be life threatening if she does not have access to gender-affirming clinical and medical care. Ms. MoonShadow rated her discomfort with her

6

body as a "ten plus out of ten" related to her penis and testicles, specifically. She reports sitting to pee as a way to avoid her genitals and feel affirmed as a woman, even in the privacy of the bathroom. Ms. MoonShadow states, "as far as my body [Gender Dysphoria], it's all day every day…any time I'm awake I'm not happy with my body or at least that part of it." Ms. MoonShadow reports suicidal ideation and self-harm urges are constant, with a plan of "self-castration" (CDOC/RADAN-00280, MOONSHADOW 000472). In addition, Ms. MoonShadow reports significant distress related to her facial and body hair. She states, "Even seeing a [five-o'clock] shadow it kind of fucks me up…it reinforces you're still a dude!" Ms. MoonShadow reports preferring to shave daily, however when she is feeling an increase in self-harm urges she has needed to inform DOC mental health to enforce razor restrictions to maintain her safety (MOONSHADOW 000475).

Criterion A3: Ms. MoonShadow has a strong desire for the primary and secondary sex characteristics of the female gender. She has positively noticed hip widening as well as breast growth from the hormones. In speaking of what life might be like after gender-affirming surgeries such as vaginoplasty, Ms. MoonShadow states, "I won't have to hide anymore, because at that point I will essentially be a woman through and through, inside and out."

Criterion A4, A5: Ms. MoonShadow has a strong desire to be a woman and be treated as a woman. Her desires to be a woman are documented in the *History of* Gender Dysphoria section above. Ms. MoonShadow's strong desire to be treated as a woman is evidenced by her ongoing self-advocacy for the treatment of her Gender Dysphoria and self-affirmation of her identity as a woman that is often not reflected back to her. Ms. MoonShadow states prison workers continue to misgender her even after she informs them of her pronouns being she/her/hers. This is confirmed in the Medical Record as well. There are multiple accounts of providers documenting that Ms. MoonShadow identifies as a woman, yet continue to use he/him/his pronouns in their documentation. Ms. MoonShadow reported about the emotional and psychological impact on her regarding not being accepted as a woman by a Correctional Officer:

> I had one CO tell me, "you offend me...just looking at you is an offense in God's eyes." That one really fucked me up. It kind of enraged me at first. I went into my cell and bawled. Who is this person to judge me? I'm just as much as a woman as her.

These examples highlight that although Ms. MoonShadow desires to be treated as a woman, she often is not and this exacerbates her Gender Dysphoria.

Criterion A6: Ms. MoonShadow has a strong conviction that she is a woman. "My mind and my soul are wholly female and my body is male." Additionally, Ms. MoonShadow identifies herself with generally accepted female gender role traits such as: enjoyment of cooking, baking, arts and crafts, discussing hairstyles and fashion, etc. She states, "I love

being a housewife basically." Ms. MoonShadow's conviction was strong enough that she
tattooed feminine eyeliner and eyebrows on her face (CDOC/RADAN 001679).

Criterion B: Ms. MoonShadow's Gender Dysphoria is associated with clinically
significant distress as evidenced by the Medical Record's documentation of self-harm
and suicidal ideation, Ms. MoonShadow's self-report in the interview, and the Gender
Preoccupation and Stability Questionnaire (GPSQ) (See Appendix B for an example of
the diagnostic test conducted). Ms. MoonShadow verbalized in the interview that the
distress caused by her Gender Dysphoria has not only increased since being in prison, she
expressed a fear her Gender Dysphoria distress would lead her to suicide, "if I have to go
all this time living as a male, there is no doubt, I will kill myself." The GPSQ is an
effective and valid clinical tool shown to diagnose DSM V Gender Dysphoria in clients
with 91% accuracy; scores of 28 or above indicates a clinical level of Gender Dysphoria,
with higher scores indicating more severe Gender Dysphoria (Hakeem, et. al., 2014). Ms.
MoonShadow completed the GPSQ during the interview and scored a 48, 20 points above
clinically diagnosable thresholds, indicating she has a more severe Gender Dysphoria.

**Findings & Recommendations of Medical Necessity:**
Ms. MoonShadow is a vibrant transgender woman living in a male prison. I have found
she meets the Standards of Care criteria for medically necessary surgery and other
clinical care in order to provide relief to her persistent and severe condition of Gender
Dysphoria. According to the Standards of Care (2012), treatment is individualized and
different people with Gender Dysphoria need different recommendations. Based on the
Medical Record and my clinical interview, Ms. MoonShadow was found to have severe
anatomic gender dysphoria that indicates the following medical treatment needs: Sex
Reassignment Surgery, Facial Feminization Surgery, Hair Removal of indicated surgical
sites (face and genital sites), and other clinical needs related to the social environment
(i.e.- Correctly labeled gender-affirming clothing and comprehensive gender-affirming
training for staff). Gender-affirming surgeries are proven to be effective and medically
necessary in the treatment of people with Gender Dysphoria and sometimes are the only
effective treatment for individuals with severe and persistent Gender Dysphoria (Ettner,
2017; Osborne & Lawrence, 2016; WPATH, 2012 & 2016). Additionally, "Medical
necessity" is defined as any health care service provided to prevent or treat an illness or
its symptoms that are in accordance with generally accepted standards of care based on
peer-reviewed medical literature (10 C.C.R. 2505-10 § 8.076.1.8; Kaminski, 2007;
Osborne & Lawrence, 2016; WPATH, 2016).

The Standards of Care provide the following criteria for access to medically necessary
genital surgery: 1) Persistent, well-documented Gender Dysphoria; 2) Capacity to make a
fully informed decision and to consent for treatment; 3) Age of majority in a given
country; 4) If significant medical or mental health concerns are present, they must be
reasonably well controlled; 5) 12 continuous months of hormone therapy as appropriate
to the patient's gender goals; and 6) 12 continuous months of living in a gender role that
is congruent with their gender identity (WPATH, 2012).

*1) Persistent, well-documented Gender Dysphoria*

Ms. MoonShadow fully meets the DSM V criteria for diagnosis of F64.1 Gender Dysphoria and she is preoperative. Ms. MoonShadow reports severe and persistent levels of Gender Dysphoria discomfort regarding her body and related to the social environment. Additionally, her score of 48 on the GPSQ indicates a higher severity of clinical Gender Dysphoria (Hakeem et. al., 2016). Despite being on hormones since 2015 and experiencing significant reduction in her psychiatric diagnoses, medications, and symptoms, Ms. MoonShadow's Gender Dysphoria continues to be serious and acute. She suffers from ongoing suicidal ideation and urges of self-harm specifically to her genital area. Ms. MoonShadow's discomfort in Gender Dysphoria related to her genitals is of highest importance. In a brief contact on 7/2/13, it is documented that Ms. MoonShadow's Gender Dysphoria is a "major contributor to his depression and anxiety…[and] He verbalized a willingness to 'cut it off' if he could remove his penis without bleeding" (MOONSHADOW 000472). Sex Reassignment Surgery will treat this aspect of her Gender Dysphoria. As a secondary result, Ms. MoonShadow will likely see significant relief to her current, ongoing psychiatric symptoms such as suicidal thinking and self-harm urges that are exacerbated by her Gender Dysphoria.

In my professional opinion, the fact that Ms. MoonShadow is housed in the social environment of a male prison aggravates her experience of Gender Dysphoria. Currently, Administrative Regulations specifically regarding transgender inmates with Gender Dysphoria do not provide sufficient guidance to prison workers regarding how to work with transgender individuals in the social environment of prison (CDOC AR 700-14; CDOC AR 100-19). Taking steps to directly treat Gender Dysphoria in the social environment is more cost effective rather than cost prohibitive (WPATH, 2016). Ms. MoonShadow requires prompt attention to the treatment of her Gender Dysphoria through changes to her social environment, including additional Administrative Regulations addressing transgender issues in prison (i.e- bathroom use, gender-affirming clothing use, procedures for addressing harassment and discrimination related to gender identity, etc.). Stigma related to Ms. MoonShadow's gender identity and mental health is highly significant in this case and has been documented throughout this report so far. For Ms. MoonShadow, the socially induced stigma she has experienced contributes to and intensifies her experience of Gender Dysphoria as well as chronic minority stress (WPATH, 2012). She reports a history of experiencing four rapes in prison and this history is likely linked to the stigma of her feminine gender expression in a male prison. One study found that 59% of transgender inmates reported sexual victimization related to their gender identity and expression versus a control sample of 4.4% of the general prison population (Jenness, 2009). In the interview, Ms. MoonShadow discussed constantly being victimized for not conforming to masculine gender roles.

*2) Capacity to make a fully informed decision and to consent for treatment*

The intent of the psychosocial assessment is to ensure the client is capable of making a meaningful informed consent, to affirm their ability to cooperate with pre and postoperative instructions, and to ensure mental stability in coping with major life changes that come from access to surgery (Osborne & Lawrence, 2016; WPATH, 2012).

9

A prudent psychosocial evaluation of Ms. MoonShadow is essential to understand her individual medical necessity to transgender-affirming clinical and medical care (Ettner, 2017; Ford & Courtois, 2014; Osborne & Lawrence, 2016). Informed consents require that a client's comorbid conditions be "reasonably well controlled" (Osbourne & Lawrence, 2016; WPATH 2012). I have concluded that Ms. MoonShadow's co-occurring psychiatric conditions are reasonably well controlled and trending toward a decrease in symptoms since initiating feminizing hormone therapy in May 2015. Over the course of Ms. MoonShadow's psychiatric history, I have found her Gender Dysphoria has become the primary diagnosis and need for clinical attention. Ms. MoonShadow's report and the Medical Record confirm this. Additionally, in reviewing her Medical Record, Ms. MoonShadow increasingly shows a sustained ability in cooperating with prison staff, compliance with healthcare providers in the prison, as well as a reduction in disciplinary actions since at least 2015 (Osborne & Lawrence, 2016). For example, the Medical Record demonstrates Ms. MoonShadow using the kite system to notify staff of her need to be on razor restriction secondary to urges of self-harm, "Met with client cell side per his request. Client stated that he is having some suicidal ideation and would like to be placed on an electric razor" (MOONSHADOW 000475).

Ms. MoonShadow and I thoroughly discussed what life might be like after access to surgery and continuing to live in prison. Ms. MoonShadow states she would be much safer in a women's prison, "Simply being in a male prison is [gender] dysphoric to me from the social aspect and the sexual aspect and then the safety aspect." Ms. MoonShadow discussed not feeling safe with cisgender men thinking, "Is this going to be the next rape…is there an ulterior motive for why they are saying hi to me or engaging me?" She reports being raped four times in prison related to her gender identity and expression. The most recent sexual assault incident occurred 3/12/17 in the Limon Correctional Facility (CDOC/RADAN-01580). She states currently, "There's a dude in my unit who refers to all trans women as 'it'." Ms. MoonShadow reports feeling strongly that being housed in a women's prison will be a safer place for her than in a male prison, "I wouldn't have to worry about being raped." While rape in women's prisons still occurs, Ms. MoonShadow is clear she would feel safer in a women's prison than continuing to live in a men's prison.

I have determined Ms. MoonShadow's comorbid psychiatric diagnoses and symptoms to be reasonably well controlled and do not conflict with her ability to give informed consent. However, due to Ms. MoonShadow's chronic and persistent traumatic past, she will likely persist to experience psychiatric symptoms that may at times require ongoing psychiatric medications and psychological support.

*3) Age of majority in given county*
Ms. MoonShadow was born on August 9, 1982 and is 35 years old.

*4) If significant medical or mental health concerns are present, they must be reasonably well controlled*
See *2) Capacity to make a fully informed decision and to consent for treatment*

*5) 12 continuous months of hormone therapy as appropriate to the patient's gender goals*
Ms. MoonShadow has been on feminizing hormones since May 2015. She has at least
one continuous year on hormones and had a short break form them last summer after her
sister passed away and she was struck with depressive symptoms, recovery from a recent
rape, and adjustment to a new correctional institution (CDOC/RADAN-01682-01683).

*6) 12 continuous months of living in a gender role that is congruent with their gender
identity.*
The Standards of Care guideline that Sex Reassignment Surgery candidates live "in a
gender role that is congruent with the patient's identity" (WPATH, 2012). Considering
Ms. MoonShadow lives in a male prison, she has made substantial and creative physical
changes to her body to effectively live as female in a men's prison (See Mental Status
section above). Inmates with Gender Dysphoria often show incredible resiliency,
creativity, and resourcefulness in their attempts to live as female in a male prison
(Osborne & Lawrence, 2016). For this criterion, using the Standards of Care as a flexible
guideline is necessary and adequate since Ms. MoonShadow lives in a male prison
(Osborne & Lawrence, 2016; WPATH, 2012).

Although the Standards of Care do not have specific criteria or referral requirements for
Facial Feminization Surgery, Hair Removal and other clinical needs, they do state that
these treatments for Gender Dysphoria can be medically necessary and must be assessed
on an individual basis by a qualified mental health professional (WPATH, 2012;
WPATH, 2016). Often Facial Feminization Surgery is of greater practical significance in
daily life for transgender women (Ettner et. al. 2007; WPATH, 2011; WPATH, 2016).
Ms. MoonShadow states, "The only time I feel good about my face is when I'm wearing
makeup then there is still masculine features. So as good as it feels [to wear makeup]
there's still an underlying level of unhappiness." In my opinion, Facial Feminization and
Hair Removal are also medically necessary for Ms. MoonShadow.

In the case of Ms. MoonShadow, Hair Removal is medically necessary and aligns with
the Standards of Care as well (WPATH, 2012 & 2016). As discussed above, she has
experienced high levels of distress regarding her facial and body hair that have led her to
have urges of self-harm and need to be put on razor restriction in the prison. Hair removal
may also be medically necessary when preparing for Sex Reassignment Surgery. The
scrotum is often used to create a neovaginal canal (WPATH, 2011; Zhang et. al., 2016).
In this case, it would be medically necessary to remove the scrotum hair prior to surgery
to prevent ingrown hairs and infection post-surgery. This procedure should be done in
consultation with the surgeon performing the surgery to ensure optimal results (Zhang et.
al., 2016). Hair removal for Ms. MoonShadow would likely decrease her experience of
Gender Dysphoria that is exacerbated by her developed secondary sex characteristic of
facial and body hair growth.

*Other clinical needs related to the social environment*
Other clinical needs that aid in Ms. MoonShadow's social transition are medically
necessary accommodations to treat her Gender Dysphoria. In some ways, social aspects
of changing gender roles are more difficult than the physical ones (WPATH, 2012).

Medically necessary care for Ms. MoonShadow's severe Gender Dysphoria include gender-affirming clothing such as being issued feminine sports bras and feminine underwear. Currently Ms. MoonShadow's personal inventory lists she has been issued "(3) Chest Cover Garment" that are essentially female sports bras. Ms. MoonShadow endorsed in the interview, even seeing this item on her personal inventory list labeled "female sports bra" would be affirming to her and thereby reducing her experience of Gender Dysphoria related to the social environment. Additionally, a gaff preoperatively would assist Ms. MoonShadow with tucking her penis and scrotum until a Sex Reassignment Surgery can be obtained. For Ms. MoonShadow, these clinical needs related to the social environment are medically necessary to treat the psychological distress of her Gender Dysphoria and should not be overlooked. Not providing Ms. MoonShadow with gender-affirming clothing such as bras and feminine underwear specifically increases her psychological Gender Dysphoria distress. Since Ms. MoonShadow resides in a men's prison, she has a medical need to feminize her expression without fear of punishment or being written up. Ensuring that Ms. MoonShadow has access to necessary treatment based on her medical needs means that prison workers also need to be adequately educated on transgender identities and be willing to follow any associated Administrative Regulations. Without the backing of prison workers, Ms. MoonShadow's gender dysphoric symptoms will continue to be exacerbated and may be life threatening.

**Conclusion:**

My opinions expressed in this report follow recommendations from the Standards of Care and take into consideration the fact that Ms. MoonShadow is incarcerated. My recommendations are based on my clinical experience, trainings, and peer reviewed literature evidencing that gender-affirming clinical treatments and surgeries are proven to be effective and necessary in the treatment of people with Gender Dysphoria. In my opinion, access to appropriate medical care for Gender Dysphoria will also provide secondary relief to her expressed suicidal and self-harm ideation related to Gender Dysphoria. Sex Reassignment Surgery, Facial Feminization Surgery, Hair Removal, and gender-affirming clothing are viable and medically necessary ways to provide relief to Ms. MoonShadow's acute and unremitting experience of Gender Dysphoria.

Li Brookens, LCSW
Licensed Clinical Social Worker
CSW.0992333

12

References

American Psychiatric Association. (2013). "Gender Dysphoria." In *Diagnostic and statistical manual of mental disorders (5th ed.).* Arlington, CA: American Psychiatric Association.

Bockting, W. O., Knudson, G., & Goldberg, J.M. (2006). Counseling and mental health care for transgender adults and loved ones. *International Journal of Transgenderism*, 9(3/4), 35-82. doi:10.1300/J485v09n03_03.

Colizzi, M., Costa, R., Todarello, O. (2014). "Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: Results from a longitudinal study." *Psychoneuroendocrinology*. 39; 65-73. Retrieved December 10, 2017 from https://doi.org/10.1016/j.psyneuen.2013.09.029.

Ettner, R., Monstrey S, Eyler, E.A. (eds). (2007). *Principles of Transgender Medicine and*
    *Surgery.* Haworth Press Inc.; New York.

Ettner, R.. "Pre-operative evaluation." in Schechter (Ed.)(2017) *Surgical Management of the Transgender Patient.* Elsevier; Pennsylvania, PA.

Ford, J. & Courtois, C. (2014). *Borderline Personality Disorder and Emotion Dysregulation*. Retrieved December 9, 2017 from http://www.bpded.com/content/1/1/9.

Glezer, A., McNeil, D. E., & Binder, R. L. (2013). "Transgendered and incarcerated: A systematic review of the literature, current policies and laws and ethics." *Journal of the American Academy of Psychiatry Law*. 41, 551– 559.

Hakeem, A., Črnčec, R., Asghari-Fard, M., Harte, F., & Eapen, V. (2016). "Development and validation of a measure for assessing Gender Dysphoria in adults: The Gender Preoccupation and Stability Questionnaire." *International Journal of Transgenderism*. DOI: 10.1080/15532739.2016.1217812

Jenness, V. (April 8, 2009). "Transgender inmates in California's prisons: an empirical study of a vulnerable population." Presented at The California Department of Corrections and Rehabilitation Warden's Meeting in conjunction with the Center for Evidence-Based Corrections at the Department of Criminology, Law and Society at the University of California, Irvine. Retrieved December 9, 2017 from http://ucicorrections.seweb.uci.edu/files/2013/06/Transgender-Inmates-in-CAs-Prisons-An-Empirical-Study-of-a-Vulnerable-Population.pdf.

Kaminski, J. L. (2007). Defining medical necessity [Report to Connecticut General Assembly]. Retrieved December 8, 2017 from https://www.cga.ct.gov/2007/rpt/2007-r-0055.htm.

Levine, S. (2016). "Reflections on the Legal Battles Over Prisoners with Gender Dysphoria." *Journal of the American Academy of the Psychiatry of Law*. 44: 236–45.

Lev, A. I. (2004). *Transgender emergence: Therapeutic guidelines for working with gender-variant people and their families*. Binghamton, NY: Haworth Clinical Practice Press.

Lev, A. I. (2009). "The ten tasks of the mental health provider: Recommendations for revision of The World Professional Association for Transgender Health's standards of care." *International Journal of Transgenderism*. 11(2), 74-99. doi:10.1080/15532730903008032.

Osborne, C. & Lawrence, A. (2016). "Male Prison Inmates With Gender Dysphoria: When Is Sex Reassignment Surgery Appropriate?" *Archives of Sexual Behavior*; New York. Vol. 45, Iss. 7, 1649-1663.

Saketopoulou, A. (2014). "Mourning the body as bedrock: Developmental considerations in treating transsexual patients analytically." *Journal of the American Psychoanalytic Association*. 62, 773-806.

White Hughto, J. M., & Reisner, S. L. (2016). A Systematic Review of the Effects of Hormone Therapy on Psychological Functioning and Quality of Life in Transgender Individuals. *Transgender Health*, *1*(1), 21–31. http://doi.org/10.1089/trgh.2015.0008

World Professional Association for Transgender Health (2011). "Standards of Care: For the health of Transsexual, Transgender, Gender Nonconforming People (v. 7)." Retrieved December 9, 2017 from https://s3.amazonaws.com/amo_hub_content/Association140/files/Standards%20of%20Care%20V7%20-%202011%20WPATH%20(2)(1).pdf.

World Professional Association for Transgender Health. (2016). "Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A." [Position statement] Retrieved December 9, 2017 from: http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1352&pk_association_webpage=3947.

Zhang, W. R., Garrett, G. L., Arron, S. T., & Garcia, M. M. (2016). "Laser hair removal for genital gender affirming surgery." *Translational Andrology and Urology*, *5*(3), 381–387. http://doi.org/10.21037/tau.2016.03.27.

14

Appendix A

# Li Brookens, LCSW

2769 Iris Ave, Boulder, CO 80304
Phone: 720-663-0163
E-Mail: BrookensTherapy@gmail.com
Websites: umbrellacollective.org
librookens.com

## Education

| | |
|---|---|
| Smith College School for Social Work, Clinical MSW | 8/11 |
| University of Washington, Psychology B.S. | 6/04 |

## Certification

| | |
|---|---|
| Licensed Clinical Social Worker | 9/13 |
| Colorado CSW.09923331 | |

## Experience

**Private Practice (Boulder), Social Worker**            7/12 - present

Providing individual, family, and group psychotherapy and hypnotherapy to adolescents and adults as well as clinical supervision. Specialize in LGBTQ identity exploration, anxiety, depression, and mood disorders utilizing a client-centered approach. Theoretical modalities include Psychodynamic, Postmodern Psychology, Motivational Interviewing, and Jungian Psychology used in case conceptualization. Focus on power and privilege themes within a social justice framework. Member of the Colorado Access Provider Network since 2014. Dedicated commitment to working with underrepresented populations.

**University of Colorado, Psychotherapist**            9/10 - 8/12

Pre and Post MSW Fellow. Performed short and long-term individual and group psychotherapy with undergraduate and graduate students at Wardenburg Health Center. Competent in evidenced based practice of Dialectical Behavioral Therapy (DBT) and Motivational Interviewing frameworks as well as Psychodynamic case conceptualization. Student population included a diverse array of identity intersections that were honored and talked about. Participated in a weekly group clinical training didactic with certified group psychotherapists. Collaborated with senior staff and peers in weekly individual supervision and multidisciplinary group consultation.

## Select Presentations and Publication

**Presentations 2011-2017:**

- "Transgender Identities and Clinical Practice: Updating and experiencing clinical care models." Colorado Mental Health Professionals Conference, University of Denver. Denver, CO. April, 2017.
- "What the Hell is Clinical Anyway" Co-Panelist with Elizabeth Schulte, Brian Smith, and Terrie Cox Pauly. Colorado Society for Clinical Social Work Salon. Denver, CO. February, 2016.

15

- "LGBTQ+ Inclusion in Healthcare" Boulder Valley Women's Health. Boulder, CO. January, 2016.
- "The WPATH Standards of Care, the Changing Nature of Clinical Relationships." Co-Panelist with Nicole Garcia, Asher Eno, and Karen Scarpella. TRANSforming Gender Conference, University of Colorado: Boulder, CO. March, 2015.
- "Gender Identity and Expression in the Workplace: Transgender Identities." Webinar. Blue Cross Blue Shield Employee Assistance Program. USA. September, 2014.
- "Working With Transgender Clients." Mental Health Partners. Boulder, CO. May, 2014.
- "How Does This Happen? A Systemic Understanding of Mental Health." Project WISE Co-presenter with Laura Portalupe. Jefferson County Action Center: Lakewood, CO. April, 2014.
- "WPATH Standards of Care: What Gender Variant Consumers Should Know and How to Self-Advocate." Workshop presentation. Gold Rush Conference: Denver, CO. February, 2014.
- "Trans Issues in Mental Health." Co-presenter with Randall Ehrbar, PsyD. TRANSforming Gender Symposium, University of Colorado: Boulder, CO. March, 2011.

**Publication:**

Brookens, L. (October, 2011). "Athletic Administrator Perspectives Hindering Transgender Inclusion in U. S. Collegiate Sports: A Queer-Feminist Analysis." International Council of Sport Science and Physical Education, Bulletin No. 62. Retrieved from http://www.icsspe.org/membersarea_a/bulletin/drucken_8de6b68f.php.html.

# Volunteering

**Colorado Society for Clinical Social Work Board              6/15 – present**

Co-Chair Education Committee. Volunteer position reviewing and approving proposals for monthly Salons. Responsible for managing and coordinating Salon hosts and presenters prior to and day of Salons. Attends monthly board meetings and contributes to the health of a growing clinical social work organization through outreach to MSW students at local schools.

**Out Boulder County                                   5/12 - present**

- Transgender Steering Committee member for Out Boulder County. Volunteer position includes organizing the transgender and gender expansive community in Boulder County through social and activism events such as Transgender Awareness Week, Transgender Day of Remembrance, Boulder Pride, and providing transgender inclusive workshops and presentations at local conferences such as The University of Colorado's TRANSforming Gender Conference.
- Transgender Consultant for Out Boulder. Coordinating and providing ongoing peer-facilitator training and process group for the Boulder County Gender

16

Support (BCGS). Provide education, resource, support, and collaboration to organizations and people struggling with gender identity and expression concerns in a gender affirming way.

**Gender Identity Center of Colorado**                                    **9/13 – 5/16**

Clinical Supervisor. Engaged clinical interns at the GIC in clinical supervision bi-weekly who provided sliding-scale therapy to low-income people exploring gender identity, expression, and medical transition. Assisted with resource navigation and access as well as provided letters of support for medical transition related services based on the World Professional Association for Transgender Health's Standards of Care, v7.

## Other Training

**American Group Psychotherapy Association**                **2012, 2013, 2015, 2017**

Annual Conference Attendee for 4yrs.

**World Professional Association for Transgender Health**        **11/15**

Transgender Health: Best practices in medical and mental health care. A WPATH certified 2-day training course.

## Affiliations

American Group Psychotherapy Association (AGPA), since 2010
Colorado Society of Clinical Social Workers, (CSCSW), since 2011
LGBT Healthcare Guild Leadership Team, Colorado, since 2013
National Association of Social Workers (NASW), since 2009
World Professional Association for Transgender Health (WPATH), since 2012

Appendix B

## GPSQ: <u>Gender Preoccupation and Stability Questionnaire</u>

Reference:
Hakeem A; Crncec R; Asghari-Fard M; Harte F; Eapen V.  Development and Validation of a measure for assessing gender dysphoria in adults: The Gender Preoccupation and Stability Questionnaire (GPSQ).
*International Journal of Transgenderism (in press) 2016*

---

i)   **Today's date**: _____   ii) **Your name**:  _____

iii)   **Your age** (in years):  _____

iv)   **Biological sex assigned to you at birth** (please circle one): male / female / intersex

v)   **Current gender** (please circle one): male / female / intersex / transgender male / transgender female / transgender (unspecified) / gender queer / gender neutral / other (specify):_____

vi)   **Do you feel confident that you will be able to lead a satisfied life with whatever gender identity you feel that you currently have?** (please circle one): Extremely confident / confident / somewhat confident / not very confident / not at all confident.

---

The GPSQ consists of 14 questions relating to your thoughts and feelings about gender, including your own sense of gender identity. Gender refers to whatever gender you identify as yourself (e.g. masculine, feminine, transgender, gender-queer or other gender variants) which may or may not be the same as your biological sex.

When answering these questions, please circle the answer that best reflects your thoughts and feelings **over the past 2 weeks.**

---

1. **How important do you feel gender is to you?**
   a) unimportant
   b) slightly important
   c) moderately important
   d) very important
   e) extremely important

2. **In the past 2 weeks how often have you thought about gender?**
   a) never
   b) seldom
   c) sometimes
   d) often
   e) very often

3. **In the past two weeks how often have you given consideration to gender in relation to aspects of your day-to-day life such as work, recreational activities or products purchased?**
   a) never
   b) seldom
   c) sometimes
   d) often
   e) very often

4. **In the past 2 weeks how troubled have you been about issues relating to gender?**
   a) never
   b) seldom
   c) sometimes
   d) often
   e) very often

## GPSQ: <u>Gender Preoccupation and Stability Questionnaire</u>

**5.   In the past 2 weeks have you stopped yourself from participating in any activity, behaving in a certain way or purchasing anything because of your gender?**

    a) never
    b) seldom
    c) sometimes
    d) often
    e) very often

**6.   In the past 2 weeks has it upset you when you have had to answer questions about what sex or gender you are (e.g. when filling in forms)?**

    a) never
    b) seldom
    c) sometimes
    d) often
    e) very often

**7.   In the past 2 weeks how comfortable have you felt with your sense of gender? (this does not have to correspond with your biological sex)**

    a) extremely comfortable
    b) very comfortable
    c) somewhat comfortable
    d) not very comfortable
    e) not comfortable at all

**8.   In the past 2 weeks have you felt uncertain or confused about your sense of gender?**

    a) never
    b) seldom
    c) sometimes
    d) often
    e) very often

**9.   In the past 2 weeks have you felt pressured to behave or act in certain ways because of gender?**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

**10.   In the past two weeks has your sense of what gender you identify with changed at all?**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

**11.   In the past 2 weeks have you avoided social situations because of uncertainties or anxieties you have about your sense of your own identity**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

**12.   In the past 2 weeks have you had thoughts that you should change your sex (even if you have already changed your sex in the past)?**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

**13.   In the past 2 weeks has your sense of what gender you are changed from one day to the next?**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

**14.   In the past 2 weeks have you had any thoughts that you needed to seek professional help in order to change the physical sex of your body?**

    a) not at all
    b) hardly ever
    c) sometimes
    d) often
    e) all the time

*Reproductions of this scale must include the full scale title and reference and no alterations*

## GPSQ: Gender Preoccupation and Stability Questionnaire

### Guide to using the GPSQ

There are 14 questions, which are scored in the GPSQ

For each question on the GPSQ the responses are scored as follows:

(a)  = 1
(b)  = 2
(c)  = 3
(d)  = 4
(e)  = 5

The total score range is 14 – 70

The GPSQ may be used to measure the following:

- The extent of Gender Dysphoria

- Change of severity of Gender Dysphoria

As such, the GPSQ may be used to measure the effectiveness of any clinical intervention aimed at lessening Gender Dysphoria *(such as psychological, hormonal, surgical, etc.)*

**Total scores equal or greater than 28 are highly suggestive of Gender Dysphoria**

**A change in GPSQ total score by 11 points or more reliably indicates a change in the degree of Gender Dysphoria.**

When the total score drops by 11 points or more but remains at or above 28 then this is evidence of a lessening of Gender Dysphoria but still within the clinical range highly suggestive for Gender Dysphoria.

If the total score falls below 28 then that person may be considered to no longer clinically have a Gender Dysphoria.

20