**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01717-MSK-STV

BILLY J. RADAN, aka Ms. JAYDE MOONSHADOW

Plaintiff,

v.

RICK RAEMISCH, in his official capacity, and
DARREN LISH, in his official capacity,

Defendants.

## NOTICE OF SETTLEMENT

The parties, through undersigned counsel, hereby submit the following Notice of Settlement, and state as follows:

1. The parties have reached in principle a settlement of all claims in this matter, and hereby provide the Court with notice of that settlement.

2. The parties attended a settlement conference on June 19, 2018, with the Honorable Joseph J. Bellipanni at the Judicial Arbiter Group, Inc. From this conference, the parties have fully executed a Memorandum of Understanding and those terms will be incorporated into a formal settlement agreement.

3. The parties are working on a final release and settlement, which they anticipate will be fully-executed within 60 days.

4. Upon the final release and settlement's full execution, the parties will file a stipulation to dismiss this action.

Respectfully submitted this 22nd day of June, 2018.

*s/ Olivia Kohrs*
Olivia Kohrs, Student Attorney

*s/ David Valleau*
David Valleau, Student Attorney

*s/ Alexandra Parrott*
Alexandra Parrott, Student Attorney

*s/ Danielle C. Jefferis*
Danielle C. Jefferis

STUDENT LAW OFFICE
University of Denver Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
Telephone: 303.871.6155
djefferis@law.du.edu

*Attorneys for Plaintiff*


*s/ Kathryn A. Starnella*
Kathryn A. Starnella
Assistant Attorney General
Civil Litigation and Employment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Telephone: 720.508.6176
kathryn.starnella@coag.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification to the following:

Kathryn Starnella:
Kathryn.Starnella@coag.gov

*Counsel for Defendants*

                                         *s/ Danielle C. Jefferis*
                                         Danielle C. Jefferis