**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01717-MSK-STV

BILLY J. RADAN aka "Ms. JAYDE MOONSHADOW,"

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jayde MoonShadow, aka Billy J. Radan, through counsel, and Defendant Colorado Department of Corrections[1], through the Colorado Attorney General, submit this Joint Stipulation of Dismissal of the above-captioned case. In support thereof, the parties state they have reached a fully-executed settlement agreement in this action.

WHEREFORE, the above-captioned action should be dismissed in its entirety, with prejudice.

Dated: September 21, 2018

                                        Respectfully submitted,

                                        STUDENT LAW OFFICE

                                        *s/ Olivia Kohrs*

---

[1] The Court granted the parties' Joint Motion to Substitute Party [Doc. 162], substituting Darren Lish and Rick Raemisch for the Colorado Department of Corrections as sole defendant in this action. [Doc. 163].

Olivia Kohrs, Student Attorney

*s/ Alexandra Parrott*
Alexandra Parrott, Student Attorney

*s/ Danielle C. Jefferis*
Danielle C. Jefferis
University of Denver Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
303.871.6155
djefferis@law.du.edu

*Counsel for Plaintiff*

*s/ Kathryn A. Starnella*
Kathryn A. Starnella
Assistant Attorney General
Civil Litigation and Employment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720.508.6176
kathryn.starnella@coag.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Kathryn Starnella
Kathryn.starnella@coag.gov

*s/ Danielle C. Jefferis*
Danielle C. Jefferis